# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

|  |  |  |
|---|---|---|
| Rychner, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER FOR STATUS CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Continental Resources, Inc., | ) | |
| | ) | Case No.:  1:19-cv-71 |
| Defendant. | ) | |

_____

**IT IS ORDERED**:

The court shall hold a status conference by telephone on March 4, 2020, at 10:00 AM

(CST). To participate in the conference, counsel shall call the following number and enter the

following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 2nd day of March, 2020.


*/s/ Clare R. Hochhalter*_____
Clare R. Hochhalter, Magistrate Judge
United States District Court