# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Keith Rychner, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:19-cv-071 |
| Continental Resources, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

The court shall hold a status conference by telephone on March 20, 2020, at 9:00 AM

(CST). To participate in the conference, counsel shall call the following number and enter the

following access code:

Tel. No.: (877) 810-9415
Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 19th day of March, 2020.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court