# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Keith Rychner, Omer Rychner, and Roselyn Rychner, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>Continental Resources, Inc., )<br>)<br>Defendant. ) | **ORDER**<br><br>Case No. 1:19-cv-71 |

The court held a status conference with the parties by telephone on April 23, 2020. Pursuant to its discussions with the parties, the court amends the pretrial deadlines as follows:

1. The parties shall have until September 24, 2020, to complete fact discovery and until October 7, 2020, to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiffs' designations and reports due by October 28, 2020.

    b. Defendant's designation and Reports due by November 25, 2020; and

    c. Rebuttal reports due by December 22, 2020.

3. The parties shall have until January 8, 2021, to complete discovery depositions of expert witnesses.

4. The parties shall have until December 13, 2019, to move to amend pleadings to add claims or defenses, except for claims for punitive damages for which the deadline shall be October 7, 2020.

5. The parties shall have until October 28, 2020, to file dispositive motions (summary judgment as to all or part of the case).

**IT IS SO ORDERED.**

Dated this 24th day of April, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court