# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Keith Rychner, Omer Rychner, and Roselyn Rychner, | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| Continental Resources, Inc., | ) ) | Case No. 1:19-cv-071 |
| Defendant. | ) | |

On July 24, 2023, the court held a status conference with the parties. During the conference the parties advised they had largely resolved Plaintiffs' claims, obviating the need for trial, but had yet to resolve the issue of Plaintiffs' attorney's fees and expenses.

At the court's direction the parties submitted a stipulated proposed scheduling order on August 14, 2023. (Doc. No. 118). Therein they agreed: (1) Plaintiffs will voluntarily disclose certain redacted agreements and invoices by August 25, 2023; (2) the parties will meet and confer on issues related to Plaintiffs' disclosures and redactions by August 29, 2023; (3) Plaintiffs will file a motion seeking fees by September 22, 2023; (4) Defendant will file its response by October 13, 2023, and (5) Plaintiffs will file their reply by October 27, 2023.

The court **ADOPTS** the parties' stipulation (Doc. No. 118) in its entirety. The final pretrial conference set for October 24, 2023 and the trial set for November 6, 2023, are cancelled.

**IT IS SO ORDERED.**

Dated this 15th day of August, 2023.

>   */s/ Clare R. Hochhalter*
>   Clare R. Hochhalter, Magistrate Judge
>   United States District Court